
FILED
MAR - 1 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

STANLEY C. MOORE, #256473,

        Petitioner,

v.                                    ACTION NO. 2:09cv278

GENE M. JOHNSON,
Director of Virginia Department of Corrections,

        Respondent.

## FINAL ORDER

Petitioner Stanley C. Moore, a Virginia inmate proceeding pro se, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges Moore's February 24, 1997 convictions by the Circuit Court for the City of Petersburg following a plea of guilty to two counts of armed robbery, two counts of use of a firearm in the commission of a robbery and possession of a sawed-off shotgun. Moore was sentenced to 118 years, with 85 years suspended.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The Report and Recommendation filed January 5, 2010, recommends dismissal of the petition as barred by the statute of limitations. Each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. On February 18, 2010, the Court received Petitioner's Objections to the Report and Recommendation [Doc. 18]. In his objections, Petitioner restates the argument made in his petition for equitable tolling and offers two new exhibits. Petitioner also requests an evidentiary hearing, which request is hereby DENIED. The new information presented in Petitioner's objections

does not change the analysis presented in the Report and Recommendation.

The Court, having reviewed the record and examined the objections filed by Petitioner to the Report and Recommendation, and having made de novo findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation filed January 5, 2010. It is, therefore, ORDERED that the petition be DENIED and DISMISSED as barred by the statute of limitations, and the Respondent's motion to dismiss be GRANTED. It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to Petitioner and counsel of record for Respondent.

/s/ MSD
Mark S. Davis
United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
February 27, 2010

2